No. 71–5052.  GINSBERG *v.* LEVITT, COMPTROLLER OF NEW YORK, *ante,* p. 959; and

No. 71–5337.  FULLINGTON ET AL. *v.* SHEA, DIRECTOR, COLORADO DEPARTMENT OF SOCIAL SERVICES, ET AL., *ante,* p. 963.  Petitions for rehearing denied.

## JANUARY 11, 1972

No. 70–265.  SMITH ET AL. *v.* BOARD OF ELECTIONS FOR THE DISTRICT OF COLUMBIA ET AL.; and

No. 70–5431.  EL-HAQQ ET AL. *v.* BOARD OF ELECTIONS FOR THE DISTRICT OF COLUMBIA ET AL.  Appeals from D. C. D. C. dismissed pursuant to Rule 60 of the Rules of this Court.

## JANUARY 17, 1972

No. 70–5377.  BURR ET AL. *v.* SMITH, SECRETARY OF DEPARTMENT OF SOCIAL AND HEALTH SERVICES.  Affirmed on appeal from D. C. W. D. Wash.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–519.  SPENCER ET AL. *v.* KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL.

MR. JUSTICE DOUGLAS, dissenting.

The black students in this case want nothing more than to receive the same quality of education from our public schools as is enjoyed by the whites.  To deny them that equality is to sanction the dispensation of public benefits according to the invidious classification of race.